1052

[No. 40178-9-II.   Division Two.   December 7, 2010.]

WILLIAM ANTHONY, *Appellant*, v. MASON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-2-00269-3, Amber L. Finlay, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 28467-1-III.   Division Three.   December 9, 2010.]

*In the Matter of the Marriage of* CHRIS CHARLES HOOPER, *Respondent*, and DEE ALYCE ZDUNIAK, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 04-3-00057-1, E. Thompson Reynolds, J., entered August 19, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28633-9-III.   Division Three.   December 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL ACEVEDO, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 09-1-00022-6, William D. Acey, J., entered November 4, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J. Now published at 159 Wn. App. 221.

[No. 63453-4-I.   Division One.   December 13, 2010.]

ELIN CHINN, *Respondent*, v. IVY CADMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-02159-5, Ira Uhrig, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Schindler, JJ.